IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

    Petitioner,                                       No. CIV S-06-1924 FCD GGH P

    vs.

W.J. SULLIVAN, Warden,

    Respondent.                                     ORDER

_____/

        Petitioner, a state prisoner at California Correctional Institution, has filed a request for an extension of time to file his petition for writ of habeas corpus pursuant to 28 U.S.C § 2254. In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Federal Rules of Civil Procedure, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

        Petitioner asks this court to issue an order to the California Correctional Institution to provide him with his legal materials because he is being housed in the S.H.U. and is having difficulty obtaining that material. There is no basis for the court to do so, nor does this court have jurisdiction to make any such order, as petitioner has not commenced this action properly. The court will not issue any orders granting or denying relief until an action has been properly commenced. Petitioner will be provided the opportunity to file his petition, and to

submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

    In accordance with the above, IT IS HEREBY ORDERED that

    1. Petitioner is granted thirty days from the date of service of this order to file a petition that complies with the requirements of 28 U.S.C. § 2254, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition.  Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

    2. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

DATED: 11/1/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
glen1924.nopet