IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

    Petitioner,               No. CIV S-06-1924 FCD GGH P

    vs.

W.J. SULLIVAN, Warden

    Respondent.             FINDINGS & RECOMMENDATIONS
_____/

        By an order filed November 1, 2006, petitioner was ordered to file a petition that complies with the requirements of 28 U.S.C. § 2254, the Federal Rules of Civil Procedure, and the Local Rules of Practice and a new application to proceed in forma pauperis within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed a petition or a new application to proceed in forma pauperis. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 1/11/07

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:035
glen1924.fff