IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

      Petitioner,               No. CIV S-06-1924 FCD GGH P

   vs.

W.J. SULLIVAN, Warden,

      Respondent.            <u>ORDER</u>

_____/

        The court construes petitioner's filing of February 8, 2007, as a request for an extension of time to file objections to the January 11, 2007, Findings and Recommendations.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to re-serve upon plaintiff the January 11, 2007, Findings and Recommendations;

        2 Petitioner's February 8, 2007 request for an extension of time is granted;

        3. Petitioner is granted twenty days from the date of this order in which to file objections to the January 11, 2007 findings and recommendations; and

        4. There will be no further extension of time.

DATED: 2/20/07                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009/mp/glen1924.111+