IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

    Petitioner,        No. CIV S-06-1924 FCD GGH P

   vs.

W.J. SULLIVAN, Warden

    Respondent.       ORDER

_____/

        Petitioner pro se has been granted multiple opportunities to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By an order filed November 1, 2006, petitioner was ordered to file a petition that complies with the requirements of 28 U.S.C. § 2254, the Federal Rules of Civil Procedure, and the Local Rules of Practice and an application to proceed in forma pauperis within thirty days, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  Because the thirty-day period expired without petitioner having responded to the order, on January 11, 2007, the undersigned filed findings and recommendations, recommending the action be dismissed without prejudice.

        Petitioner has objected averring, inter alia, that he has not been able to receive his mail timely.  This, of course, does not explain why petitioner failed to file his habeas petition and his in forma pauperis affidavit with the objections.  Nevertheless, the court will vacate the

pending findings and recommendations and afford petitioner one further and final opportunity to comply with the court's orders.  Failure to do so will result in a recommendation of dismissal of this action.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations, filed on January 11, 2007, are hereby vacated;

2. Petitioner is granted thirty days from the date of service of this order to file a petition that complies with the requirements of 28 U.S.C. § 2254, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case.  Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00.  Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

2. The Clerk of the Court is directed once again and for a final time to send petitioner the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

DATED: 4/4/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
glen1924.ord