IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

    Petitioner,                    No. CIV S-06-1924 FCD GGH P

    vs.

W.J. SULLIVAN, Warden,

    Respondent.                 FINDINGS & RECOMMENDATIONS

                                /

        By an order filed April 4, 2007, petitioner was ordered to file a petition that complies with the requirements of 28 U.S.C. § 2254, the Federal Rules of Civil Procedure, and the Local Rules of Practice, within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2  F.2d 1153 (9th Cir. 1991).
3  DATED:  7/11/07                    /s/ Gregory G. Hollows
4                                     _____
                                      UNITED STATES MAGISTRATE JUDGE
   GGH:035
5  glen1924.fff2