IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

    Petitioner,                    No. CIV S-06-1924 FCD GGH P

  vs.

W.J. SULLIVAN, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed what the court has construed as an application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 11, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. On July 24, 2007, petitioner filed a letter, which the court construes as objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. The court's review demonstrates that the magistrate judge has afforded petitioner multiple opportunities to file a habeas petition

1

that complies with the requirements of 28 U.S.C. § 2254, the Federal Rules of Civil Procedure, and the Local Rules of Practice, even vacating earlier findings and recommendations (filed on 1/11/07) recommending dismissal, but petitioner has repeatedly failed to do so.  See Orders, filed on 11/01/06, 2/20/07, 4/4/07.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed July 11, 2007, are adopted in full; and

        2. This action is dismissed without prejudice.

DATED: August 28, 2007.

/s/ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE